UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22702-CIV-ALTONAGA/Goodman

**NORMA N. TELLO**,

      Plaintiff,
v.

**CREST HOTEL GROUP LLC**,

      Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [ECF No. 17], filed August 20, 2020. The parties seek approval of their Settlement Agreement and Release of FLSA Claims (the "Agreement") [ECF No. 17-1],[1] which includes a provision for the award of attorney's fees. Upon review of the record and the parties' documented basis for a settlement of this FLSA case, including an award of attorney's fees and costs to Plaintiff, Norma N. Tello's counsel, the Court finds settlement of this action is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice **[ECF No. 17]** is **GRANTED**.

2. The Settlement Agreement and Release of FLSA Claims [ECF No. 17-1] between

---

[1] The Agreement contains a confidentiality provision. (*See* Agreement ¶ 16). Where the Court must approve a settlement, the agreement becomes a part of the judicial record, and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002). Accordingly, parties may not submit a settlement agreement under seal or seek its review *in camera* unless there is a compelling interest in secrecy. *See id.* at 928. While paragraph 16 of the Agreement seems to indicate the parties seek to maintain the Agreement's confidentiality, the parties did not file the Agreement under seal, so it appears on the public docket.

CASE NO. 20-22702-CIV-ALTONAGA/Goodman

Plaintiff, Norma N. Tello, and Defendant, Crest Hotel Group, LLC, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release of FLSA Claims.

**DONE AND ORDERED** in Miami, Florida, this 20th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record